**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| WINDSTREAM BUSINESS HOLDINGS, LLC, | Case No. 19-22310 (RDD) |
| Debtor. | |
| Tax I.D. No. 46-4238089 | |
| In re: | Chapter 11 |
| WINDSTREAM HOLDINGS, INC., | Case No. 19-22312 (RDD) |
| Debtor. | |
| Tax I.D. No. 46-2847717 | |
| In re: | Chapter 11 |
| ALLWORX CORP, | Case No. 19-22345 (RDD) |
| Debtor. | |
| Tax I.D. No. 26-0259247 | |
| In re: | Chapter 11 |
| AMERICAN TELEPHONE COMPANY, LLC, | Case No. 19-22349 (RDD) |
| Debtor. | |
| Tax I.D. No. 20-5108783 | |
| In re: | Chapter 11 |
| ARC NETWORKS, INC., | Case No. 19-22362 (RDD) |
| Debtor. | |
| Tax I.D. No. 11-3464934 | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| A.R.C. NETWORKS, INC., | ) | Case No. 19-22338 (RDD) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 11-3240814 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| ATX COMMUNICATIONS, INC., | ) | Case No. 19-22368 (RDD) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 13-4078506 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| ATX LICENSING, INC., | ) | Case No. 19-22371 (RDD) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 23-3039838 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| ATX TELECOMMUNICATIONS SERVICES OF VIRGINIA, LLC, | ) | Case No. 19-22377 (RDD) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 31-1773888 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| BIRMINGHAM DATA LINK, LLC, | ) | Case No. 19-22382 (RDD) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 26-3497422 | ) |  |

| | |
|---|---|
| In re: | Chapter 11 |
| BOB, LLC, | Case No. 19-22387 (RDD) |
| Debtor. | |
| Tax I.D. No. 02-0754753 | |
| In re: | Chapter 11 |
| BOSTON RETAIL PARTNERS LLC, | Case No. 19-22392 (RDD) |
| Debtor. | |
| Tax I.D. No. 27-0447904 | |
| In re: | Chapter 11 |
| BRIDGECOM HOLDINGS, INC., | Case No. 19-22403 (RDD) |
| Debtor. | |
| Tax I.D. No. 13-4162965 | |
| In re: | Chapter 11 |
| BRIDGECOM INTERNATIONAL, INC., | Case No. 19-22408 (RDD) |
| Debtor. | |
| Tax I.D. No. 13-4123985 | |
| In re: | Chapter 11 |
| BRIDGECOM SOLUTIONS GROUP, INC., | Case No. 19-22428 (RDD) |
| Debtor. | |
| Tax I.D. No. 13-4123989 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BROADVIEW NETWORKS, INC., | ) | Case No. 19-22456 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 16-1401082 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BROADVIEW NETWORKS OF MASSACHUSETTS, INC., | ) | Case No. 19-22440 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 11-3448054 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BROADVIEW NETWORKS OF VIRGINIA, INC., | ) | Case No. 19-22454 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 06-1596404 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BROADVIEW NP ACQUISITION CORP., | ) | Case No. 19-22461 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 51-0402734 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BUFFALO VALLEY MANAGEMENT SERVICES, INC., | ) | Case No. 19-22463 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 84-1619403 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BUSINESS TELECOM OF VIRGINIA, INC., | ) | Case No. 19-22466 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 56-2131188 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BUSINESS TELECOM, LLC, | ) | Case No. 19-22469 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 56-1426866 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BV-BC ACQUISITION CORPORATION, | ) | Case No. 19-22471 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-5377846 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CAVALIER IP TV, LLC, | ) | Case No. 19-22474 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-2386185 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CAVALIER SERVICES, LLC, | ) | Case No. 19-22313 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-2047841 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CAVALIER TELEPHONE MID-ATLANTIC, L.L.C., | ) | Case No. 19-22315 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 54-2028580 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CAVALIER TELEPHONE, L.L.C., | ) | Case No. 19-22317 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 54-1914822 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CCL HISTORICAL, INC., | ) | Case No. 19-22319 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 23-3032245 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHOICE ONE COMMUNICATIONS OF CONNECTICUT INC., | ) | Case No. 19-22322 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 15-1564111 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHOICE ONE COMMUNICATIONS OF MAINE INC., | ) | Case No. 19-22324 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 16-1564112 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHOICE ONE COMMUNICATIONS OF MASSACHUSETTS INC., | ) | Case No. 19-22326 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 16-1554916 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHOICE ONE COMMUNICATIONS OF NEW YORK INC., | ) | Case No. 19-22329 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 16-1554918 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHOICE ONE COMMUNICATIONS OF OHIO INC., | ) | Case No. 19-22331 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 16-1564113 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHOICE ONE COMMUNICATIONS OF PENNSYLVANIA INC., | ) | Case No. 19-22332 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 16-1554919 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHOICE ONE COMMUNICATIONS OF RHODE ISLAND INC., | ) | Case No. 19-22335 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 16-1563050 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHOICE ONE COMMUNICATIONS RESALE L.L.C., | ) | Case No. 19-22341 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 80-0364519 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHOICE ONE COMMUNICATIONS OF VERMONT INC., | ) | Case No. 19-22339 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 16-1564114 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHOICE ONE OF NEW HAMPSHIRE, INC., | ) | Case No. 19-22344 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 16-1564110 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CINERGY COMMUNICATIONS COMPANY OF VIRGINIA, LLC, | ) | Case No. 19-22353 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-8076097 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CONESTOGA ENTERPRISES, INC., | ) | Case No. 19-22356 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 23-2565087 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONESTOGA MANAGEMENT SERVICES, INC., | ) ) | Case No. 19-22358 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 84-1619408 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CONESTOGA WIRELESS COMPANY, | ) | Case No. 19-22360 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 23-2926187 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CONNECTICUT BROADBAND, LLC, | ) | Case No. 19-22363 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 06-1459693 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CONNECTICUT TELEPHONE & COMMUNICATION SYSTEMS, INC., | ) ) | Case No. 19-22365 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 06-1122868 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CONVERSENT COMMUNICATIONS LONG DISTANCE, LLC, | ) ) | Case No. 19-22366 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 84-1530125 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONVERSENT COMMUNICATIONS OF CONNECTICUT, LLC, | ) ) | Case No. 19-22369 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 84-1473088 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONVERSENT COMMUNICATIONS OF MAINE, LLC, | ) ) | Case No. 19-22372 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 84-1473089 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONVERSENT COMMUNICATIONS OF MASSACHUSETTS, INC., | ) ) | Case No. 19-22375 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-2643836 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONVERSENT COMMUNICATIONS OF NEW HAMPSHIRE, LLC, | ) ) | Case No. 19-22378 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 84-1485259 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONVERSENT COMMUNICATIONS OF NEW JERSEY, LLC, | ) ) | Case No. 19-22380 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 84-1522507 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONVERSENT COMMUNICATIONS OF NEW YORK, LLC, | ) ) | Case No. 19-22384 (RDD) |
| | ) | |
| Debtor. | ) ) | |
| Tax I.D. No. 84-1473087 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONVERSENT COMMUNICATIONS OF PENNSYLVANIA, LLC, | ) ) | Case No. 19-22386 (RDD) |
| | ) | |
| Debtor. | ) ) | |
| Tax I.D. No. 84-147309 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONVERSENT COMMUNICATIONS OF RHODE ISLAND, LLC, | ) ) | Case No. 19-22388 (RDD) |
| | ) | |
| Debtor. | ) ) | |
| Tax I.D. No. 84-1485260 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONVERSENT COMMUNICATIONS OF VERMONT, LLC, | ) ) | Case No. 19-22391 (RDD) |
| | ) | |
| Debtor. | ) ) | |
| Tax I.D. No. 84-1473085 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONVERSENT COMMUNICATIONS RESALE L.L.C., | ) ) | Case No. 19-22394 (RDD) |
| | ) | |
| Debtor. | ) ) | |
| Tax I.D. No. 80-0364505 | ) | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| CORECOMM-ATX, INC., | Case No. 19-22401 (RDD) |
| Debtor. | |
| Tax I.D. No. 23-3060529 | |
| In re: | Chapter 11 |
| CORECOMM COMMUNICATIONS, LLC, | Case No. 19-22399 (RDD) |
| Debtor. | |
| Tax I.D. No. 13-4072077 | |
| In re: | Chapter 11 |
| CTC COMMUNICATIONS CORPORATION, | Case No. 19-22405 (RDD) |
| Debtor. | |
| Tax I.D. No. 04-2731202 | |
| In re: | Chapter 11 |
| CTC COMMUNICATIONS OF VIRGINIA, INC., | Case No. 19-22407 (RDD) |
| Debtor. | |
| Tax I.D. No. 54-1905656 | |
| In re: | Chapter 11 |
| D&E COMMUNICATIONS, LLC, | Case No. 19-22411 (RDD) |
| Debtor. | |
| Tax I.D. No. 27-0147149 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| D&E MANAGEMENT SERVICES, INC., | ) | Case No. 19-22414 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 88-0509645 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| D&E NETWORKS, INC., | ) | Case No. 19-22417 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 25-1780894 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| D&E WIRELESS, INC., | ) | Case No. 19-22419 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 23-2896654 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DELTACOM, LLC, | ) | Case No. 19-22423 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 63-0832070 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EARTHLINK BUSINESS, LLC, | ) | Case No. 19-22427 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 94-3331274 | ) | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| EARTHLINK CARRIER, LLC, | Case No. 19-22430 (RDD) |
| Debtor. |  |
| Tax I.D. No. 58-1970339 |  |
| In re: | Chapter 11 |
| EQUITY LEASING, INC., | Case No. 19-22432 (RDD) |
| Debtor. |  |
| Tax I.D. No. 20-0810636 |  |
| In re: | Chapter 11 |
| EUREKA BROADBAND CORPORATION, | Case No. 19-22435 (RDD) |
| Debtor. |  |
| Tax I.D. No. 06-1506004 |  |
| In re: | Chapter 11 |
| EUREKA HOLDINGS, LLC, | Case No. 19-22437 (RDD) |
| Debtor. |  |
| Tax I.D. No. 20-3341318 |  |
| In re: | Chapter 11 |
| EUREKA NETWORKS, LLC, | Case No. 19-22438 (RDD) |
| Debtor. |  |
| Tax I.D. No. 20-3341244 |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EUREKA TELECOM, INC., | ) | Case No. 19-22445 (RDD) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 13-3793720 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| EUREKA TELECOM OF VA, INC., | ) | Case No. 19-22442 (RDD) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 52-2325508 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| GEORGIA WINDSTREAM, LLC, | ) | Case No. 19-22447 (RDD) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 38-2027315 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| HEART OF THE LAKES CABLE SYSTEMS, INC., | ) | Case No. 19-22451 (RDD) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 41-1577709 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| INFOCORE, INC., | ) | Case No. 19-22314 (RDD) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. 23-2894188 | ) |  |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INFO-HIGHWAY INTERNATIONAL, INC., | ) | Case No. 19-22321 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 76-0438543 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| INFOHIGHWAY COMMUNICATIONS CORPORATION, | ) | Case No. 19-22318 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 76-0530551 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| INFOHIGHWAY OF VIRGINIA, INC., | ) | Case No. 19-22325 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-0291600 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| INTELLIFIBER NETWORKS, LLC, | ) | Case No. 19-22328 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 54-1861675 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| IOWA TELECOM DATA SERVICES, L.C., | ) | Case No. 19-22330 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 74-3083835 | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| IOWA TELECOM TECHNOLOGIES, LLC, | Case No. 19-22333 (RDD) |
| Debtor. | |
| Tax I.D. No. 47-0937013 | |
| In re: | Chapter 11 |
| IWA SERVICES, LLC, | Case No. 19-22336 (RDD) |
| Debtor. | |
| Tax I.D. No. 20-8346096 | |
| In re: | Chapter 11 |
| KDL HOLDINGS, LLC, | Case No. 19-22337 (RDD) |
| Debtor. | |
| Tax I.D. No. 48-1251032 | |
| In re: | Chapter 11 |
| LDMI TELECOMMUNICATIONS, LLC, | Case No. 19-22342 (RDD) |
| Debtor. | |
| Tax I.D. No. 38-2940840 | |
| In re: | Chapter 11 |
| LIGHTSHIP TELECOM, LLC, | Case No. 19-22346 (RDD) |
| Debtor. | |
| Tax I.D. No. 06-1519100 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MASSCOMM, LLC, | ) | Case No. 19-22347 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-2381119 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MCLEODUSA INFORMATION SERVICES LLC, | ) | Case No. 19-22350 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 76-0529757 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MCLEODUSA PURCHASING, LLC, | ) | Case No. 19-22352 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 42-1501014 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MCLEODUSA TELECOMMUNICATIONS SERVICES, L.L.C., | ) | Case No. 19-22355 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 42-1407242 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MPX, INC., | ) | Case No. 19-22357 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 16-1468411 | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| NASHVILLE DATA LINK, LLC, | Case No. 19-22361 (RDD) |
| Debtor. | |
| Tax I.D. No. 04-3639722 | |
| In re: | Chapter 11 |
| NETWORK TELEPHONE, LLC, | Case No. 19-22364 (RDD) |
| Debtor. | |
| Tax I.D. No. 59-3477521 | |
| In re: | Chapter 11 |
| NORLIGHT TELECOMMUNICATIONS OF VIRGINIA, LLC, | Case No. 19-22367 (RDD) |
| Debtor. | |
| Tax I.D. No. 26-3497118 | |
| In re: | Chapter 11 |
| OKLAHOMA WINDSTREAM, LLC, | Case No. 19-22370 (RDD) |
| Debtor. | |
| Tax I.D. No. 73-0630965 | |
| In re: | Chapter 11 |
| OPEN SUPPORT SYSTEMS, LLC, | Case No. 19-22373 (RDD) |
| Debtor. | |
| Tax I.D. No. 11-3409972 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PAETEC COMMUNICATIONS OF VIRGINIA, LLC, | ) | Case No. 19-22376 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 16-6486048 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PAETEC COMMUNICATIONS, LLC, | ) | Case No. 19-22311 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 16-1551095 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PAETEC HOLDING, LLC, | ) | Case No. 19-22381 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-5339741 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PAETEC ITEL, L.L.C., | ) | Case No. 19-22385 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-0903254 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PAETEC REALTY LLC, | ) | Case No. 19-22389 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 27-1866972 | ) | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| PAETEC, LLC, | Case No. 19-22393 (RDD) |
| Debtor. | |
| Tax I.D. No. 16-1551094 | |
| In re: | Chapter 11 |
| PCS LICENSES, INC., | Case No. 19-22396 (RDD) |
| Debtor. | |
| Tax I.D. No. 88-0397829 | |
| In re: | Chapter 11 |
| PROGRESS PLACE REALTY HOLDING COMPANY, LLC, | Case No. 19-22398 (RDD) |
| Debtor. | |
| Tax I.D. No. 27-1255466 | |
| In re: | Chapter 11 |
| REVCHAIN SOLUTIONS, LLC, | Case No. 19-22402 (RDD) |
| Debtor. | |
| Tax I.D. No. 46-3139610 | |
| In re: | Chapter 11 |
| SM HOLDINGS, LLC, | Case No. 19-22406 (RDD) |
| Debtor. | |
| Tax I.D. No. 26-0970378 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SOUTHWEST ENHANCED NETWORK SERVICES, LLC, | ) | Case No. 19-22409 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 75-2885419 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TALK AMERICA OF VIRGINIA, LLC, | ) | Case No. 19-22412 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 54-1871946 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TALK AMERICA, LLC, | ) | Case No. 19-22416 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 23-2582790 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TELEVIEW, LLC, | ) | Case No. 19-22420 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 58-2033040 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TEXAS WINDSTREAM, LLC, | ) | Case No. 19-22316 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 75-0984391 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE OTHER PHONE COMPANY, LLC, | ) | Case No. 19-22323 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 65-0705374 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TRINET, LLC, | ) | Case No. 19-22327 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 58-2183044 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TRUCOM CORPORATION, | ) | Case No. 19-22334 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 13-3940714 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| US LEC COMMUNICATIONS LLC, | ) | Case No. 19-22340 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 56-2162051 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| US LEC OF ALABAMA LLC, | ) | Case No. 19-22343 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 56-2104211 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| US LEC OF FLORIDA LLC, | ) | Case No. 19-22348 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 56-2046424 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| US LEC OF GEORGIA LLC, | ) | Case No. 19-22351 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 56-2065537 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| US LEC OF MARYLAND LLC, | ) | Case No. 19-22379 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 56-2117626 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| US LEC OF NORTH CAROLINA LLC, | ) | Case No. 19-22383 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 56-2091767 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| US LEC OF PENNSYLVANIA LLC, | ) | Case No. 19-22395 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 56-2117625 | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| US LEC OF SOUTH CAROLINA LLC, | Case No. 19-22404 (RDD) |
| Debtor. | |
| Tax I.D. No. 56-2056428 | |
| In re: | Chapter 11 |
| US LEC OF TENNESSEE LLC, | Case No. 19-22410 (RDD) |
| Debtor. | |
| Tax I.D. No. 56-2065536 | |
| In re: | Chapter 11 |
| US LEC OF VIRGINIA LLC, | Case No. 19-22415 (RDD) |
| Debtor. | |
| Tax I.D. No. 56-2012173 | |
| In re: | Chapter 11 |
| US XCHANGE INC., | Case No. 19-22455 (RDD) |
| Debtor. | |
| Tax I.D. No. 16-1590395 | |
| In re: | Chapter 11 |
| US XCHANGE OF ILLINOIS, L.L.C., | Case No. 19-22425 (RDD) |
| Debtor. | |
| Tax I.D. No. 38-3388717 | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| US XCHANGE OF INDIANA, L.L.C., | ) Case No. 19-22436 (RDD) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 38-3377167 | ) |
| In re: | ) Chapter 11 |
| | ) |
| US XCHANGE OF MICHIGAN, L.L.C., | ) Case No. 19-22443 (RDD) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 38-3442002 | ) |
| In re: | ) Chapter 11 |
| | ) |
| US XCHANGE OF WISCONSIN, L.L.C., | ) Case No. 19-22450 (RDD) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 38-3342305 | ) |
| In re: | ) Chapter 11 |
| | ) |
| VALOR TELECOMMUNICATIONS OF TEXAS, LLC, | ) Case No. 19-22460 (RDD) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 52-2194219 | ) |
| In re: | ) Chapter 11 |
| | ) |
| WAVETEL NC LICENSE CORPORATION, | ) Case No. 19-22465 (RDD) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 30-0020203 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WIN SALES & LEASING, INC., | ) Case No. 19-22470 (RDD) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 41-1340032 | ) |
| In re: | ) Chapter 11 |
| | ) |
| WINDSTREAM ACCUCOMM NETWORKS, LLC, | ) Case No. 19-22472 (RDD) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 58-1579785 | ) |
| In re: | ) Chapter 11 |
| | ) |
| WINDSTREAM ACCUCOMM TELECOMMUNICATIONS, LLC, | ) Case No. 19-22475 (RDD) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 58-0641816 | ) |
| In re: | ) Chapter 11 |
| | ) |
| WINDSTREAM ALABAMA, LLC, | ) Case No. 19-22478 (RDD) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 63-0364952 | ) |
| In re: | ) Chapter 11 |
| | ) |
| WINDSTREAM ARKANSAS, LLC, | ) Case No. 19-22483 (RDD) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 71-0400407 | ) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM BUFFALO VALLEY, INC., | ) | Case No. 19-22487 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 23-2825123 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM BV HOLDINGS, LLC, | ) | Case No. 19-22494 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 11-3310798 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM CAVALIER, LLC, | ) | Case No. 19-22500 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 54-1946546 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM COMMUNICATIONS KERRVILLE, LLC, | ) | Case No. 19-22424 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 74-0724580 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM COMMUNICATIONS TELECOM, LLC, | ) | Case No. 19-22429 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 74-2955898 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM COMMUNICATIONS, LLC, | ) | Case No. 19-22433 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-3767982 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM CONCORD TELEPHONE, LLC, | ) | Case No. 19-22439 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 56-0186420 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM CONESTOGA, INC., | ) | Case No. 19-22446 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 23-0488700 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM CTC INTERNET SERVICES, INC., | ) | Case No. 19-22448 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 52-2101328 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM D&E SYSTEMS, LLC, | ) | Case No. 19-22452 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 23-2971125 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM D&E, INC., | ) | Case No. 19-22457 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 23-0520190 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM DIRECT, LLC, | ) | Case No. 19-22459 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 41-1903994 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM EAGLE HOLDINGS LLC, | ) | Case No. 19-22464 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM EAGLE SERVICES, LLC, | ) | Case No. 19-22467 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 82-3462246 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM EN-TEL, LLC, | ) | Case No. 19-22390 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 41-1928105 | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| WINDSTREAM FINANCE CORP, | Case No. 19-22397 (RDD) |
| Debtor. | |
| Tax I.D. No. 47-3595713 | |
| In re: | Chapter 11 |
| WINDSTREAM FLORIDA, LLC, | Case No. 19-22413 (RDD) |
| Debtor. | |
| Tax I.D. No. 59-0717786 | |
| In re: | Chapter 11 |
| WINDSTREAM GEORGIA COMMUNICATIONS, LLC, | Case No. 19-22418 (RDD) |
| Debtor. | |
| Tax I.D. No. 58-2046299 | |
| In re: | Chapter 11 |
| WINDSTREAM GEORGIA TELEPHONE, LLC, | Case No. 19-22422 (RDD) |
| Debtor. | |
| Tax I.D. No. 58-0802675 | |
| In re: | Chapter 11 |
| WINDSTREAM GEORGIA, LLC, | Case No. 19-22426 (RDD) |
| Debtor. | |
| Tax I.D. No. 58-0202560 | |

In re:                                              ) Chapter 11
                                                    )
WINDSTREAM HOLDING OF                               ) Case No. 19-22431 (RDD)
THE MIDWEST, INC.,                                  )
                                                    )
                           Debtor.                  )
                                                    )
Tax I.D. No. 47-0632436                             )

In re:                                              ) Chapter 11
                                                    )
WINDSTREAM IOWA                                     ) Case No. 19-22434 (RDD)
COMMUNICATIONS, LLC,                                )
                                                    )
                           Debtor.                  )
                                                    )
Tax I.D. No. 27-1635465                             )

In re:                                              ) Chapter 11
                                                    )
WINDSTREAM IOWA-COMM, LLC,                          ) Case No. 19-22441 (RDD)
                                                    )
                           Debtor.                  )
                                                    )
Tax I.D. No. 42-1525756                             )

In re:                                              ) Chapter 11
                                                    )
WINDSTREAM IT-COMM, LLC,                            ) Case No. 19-22444 (RDD)
                                                    )
                           Debtor.                  )
                                                    )
Tax I.D. No. 35-2256532                             )

In re:                                              ) Chapter 11
                                                    )
WINDSTREAM KDL, LLC,                                ) Case No. 19-22449 (RDD)
                                                    )
                           Debtor.                  )
                                                    )
Tax I.D. No. 61-1196739                             )

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM KDL-VA, LLC, | ) | Case No. 19-22453 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-0817269 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM KENTUCKY EAST, LLC, | ) | Case No. 19-22458 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 73-1621772 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM KENTUCKY WEST, LLC, | ) | Case No. 19-22462 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 61-0487133 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM KERRVILLE LONG DISTANCE, LLC, | ) | Case No. 19-22468 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 74-2228603 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM LAKEDALE LINK, INC., | ) | Case No. 19-22473 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 41-1815232 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM LAKEDALE, INC., | ) | Case No. 19-22477 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 41-0643917 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM LEASING, LLC, | ) | Case No. 19-22482 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 27-2348873 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM LEXCOM COMMUNICATIONS, LLC, | ) | Case No. 19-22486 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 56-0298450 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM LEXCOM ENTERTAINMENT, LLC, | ) | Case No. 19-22491 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 56-2261861 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM LEXCOM LONG DISTANCE, LLC, | ) | Case No. 19-22498 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 56-2261863 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM LEXCOM WIRELESS, LLC, | ) | Case No. 19-22502 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 56-2261865 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM MISSISSIPPI, LLC, | ) | Case No. 19-22504 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 64-0323983 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM MISSOURI, LLC, | ) | Case No. 19-22506 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 43-0690837 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM MONTEZUMA, LLC, | ) | Case No. 19-22508 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 42-0422100 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM NEBRASKA, INC, | ) | Case No. 19-22510 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-0223220 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM NETWORK SERVICES OF THE MIDWEST, INC., | ) ) | Case No. 19-22511 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 91-1772936 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM NEW YORK, INC., | ) | Case No. 19-22512 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 15-0306510 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM NORLIGHT, LLC, | ) | Case No. 19-22513 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 61-0927928 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM NORTH CAROLINA, LLC, | ) | Case No. 19-22514 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 56-0509132 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM NORTHSTAR, LLC, | ) | Case No. 19-22515 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 27-0297987 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM NTI, LLC, | ) | Case No. 19-22516 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 39-1712867 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM NUVOX ARKANSAS, LLC, | ) | Case No. 19-22517 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 43-1830185 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM NUVOX ILLINOIS, LLC, | ) | Case No. 19-22518 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 43-1861148 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM NUVOX INDIANA, LLC, | ) | Case No. 19-22519 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 43-1861150 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM NUVOX KANSAS, LLC, | ) | Case No. 19-22476 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 43-1830186 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM NUVOX MISSOURI, LLC, | ) | Case No. 19-22480 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 43-1830184 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM NUVOX OHIO, LLC, | ) | Case No. 19-22484 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 43-1861151 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM NUVOX OKLAHOMA, LLC, | ) | Case No. 19-22489 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 43-1850572 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM NUVOX, LLC, | ) | Case No. 19-22492 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 57-1072836 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM OF THE MIDWEST, INC., | ) | Case No. 19-22496 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-0803453 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM OHIO, LLC, | ) | Case No. 19-22501 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 31-4265290 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM OKLAHOMA, LLC, | ) | Case No. 19-22503 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 71-0406211 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM PENNSYLVANIA, LLC, | ) | Case No. 19-22505 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 25-1145739 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM SERVICES, LLC, | ) | Case No. 19-22400 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-0792300 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM SHAL NETWORKS, INC., | ) | Case No. 19-22507 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 41-1701143 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM SHAL, LLC, | ) | Case No. 19-22509 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 41-1858078 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM SHARED SERVICES, LLC, | ) | Case No. 19-22479 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 51-0553722 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM SOUTH CAROLINA, LLC, | ) | Case No. 19-22481 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 57-0140680 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM SOUTHWEST LONG DISTANCE, LLC, | ) | Case No. 19-22485 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 75-2884847 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM STANDARD, LLC, | ) | Case No. 19-22488 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 58-0445370 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM SUGAR LAND, LLC, | ) | Case No. 19-22490 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 74-0672235 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM SUPPLY, LLC, | ) | Case No. 19-22493 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 31-4359937 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM SYSTEMS OF THE MIDWEST, INC., | ) | Case No. 19-22495 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-0650357 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM WESTERN RESERVE, LLC, | ) | Case No. 19-22497 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 34-0614000 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| XETA TECHNOLOGIES, INC., | ) | Case No. 19-22499 (RDD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 73-1130045 | ) | |

**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon unopposed the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, "the Debtors") for entry of an order (this "Order"), directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated February 1, 2012; and this Court having found that venue of the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409 and that this is a core proceeding pursuant to 28 U.S.C. § 157(b) that this Court may decide by a final order consistent with Article III of the United States Constitution; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and upon the record of the hearing held by the Court on the Motion on February 26, 2018; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish good and sufficient cause for the relief granted herein; now, therefore,, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 19-22312 (RDD).

3.      The caption of the jointly administered cases should read as follows:

---

[1]      Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM HOLDINGS, INC., *et al.*,[1] | ) | Case No. 19-22312 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

4.      The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5.      A docket entry, substantially similar to the following, shall be entered on the docket of each of the debtors other than Windstream Holdings, Inc. to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the chapter 11 cases of: Windstream Business Holdings, LLC, Case No. 19-22310; Windstream Holdings, Inc., Case No. 19-22312; Allworx Corp., Case No. 19-22345; American Telephone Company, LLC, Case No. 19-22349; ARC Networks, Inc., Case No. 19-22362; A.R.C. Networks, Inc., Case No. 19-22338; ATX Communications, Inc., Case No. 19-22368; ATX Licensing, Inc., Case No. 19-22371; ATX Telecommunications Services of Virginia, LLC, Case No. 9-22377; Birmingham Data Link, LLC, Case No. 19-22382; BOB, LLC, Case No. 19-22387; Boston Retail Partners LLC, Case No. 19-22392; BridgeCom Holdings, Inc., Case No. 19-22403; BridgeCom International, Inc., Case No. 19-22408; BridgeCom Solutions Group, Inc., Case No. 19-22428; Broadview Networks, Inc., Case No. 19-22456; Broadview Networks of Massachusetts, Inc., Case No. 19-22440; Broadview Networks of Virginia, Inc., Case No. 19-22454; Broadview NP Acquisition Corp., Case No. 19-22461; Buffalo Valley Management Services, Inc.,

---

[1]     The last four digits of Debtor Windstream Holdings, Inc.'s tax identification number are 7717. Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://www.kccllc.net/windstream. The location of the Debtors' service address for purposes of these chapter 11 cases is: 4001 North Rodney Parham Road, Little Rock, Arkansas 72212.

Case No. 19-22463; Business Telecom of Virginia, Inc., Case No. 19-22466; Business Telecom, LLC, Case No. 19-22469; BV-BC Acquisition Corporation, Case No. 19-22471; Cavalier IP TV, LLC, Case No. 19-22474; Cavalier Services, LLC, Case No. 19-22313; Cavalier Telephone Mid-Atlantic, L.L.C., Case No. 19-22315; Cavalier Telephone, L.L.C., Case No. 19-22317; CCL Historical, Inc., Case No. 19-22319; Choice One Communications of Connecticut Inc., Case No. 19-22322; Choice One Communications of Maine Inc., Case No. 19-22324; Choice One Communications of Massachusetts Inc., Case No. 19-22326; Choice One Communications of New York Inc., Case No. 19-22329; Choice One Communications of Ohio Inc., Case No. 19-22331; Choice One Communications of Pennsylvania Inc., Case No. 19-22332; Choice One Communications of Rhode Island, Inc., Case No. 19-22335; Choice One Communications Resale L.L.C., Case No. 19-22341; Choice One Communications of Vermont Inc., Case No. 19-22339; Choice One of New Hampshire, Inc., Case No. 19-22344; Cinergy Communications Company of Virginia, LLC, Case No. 19-22353; Conestoga Enterprises, Inc., Case No. 19-22356; Conestoga Management Services, Inc., Case No. 19-22358; Conestoga Wireless Company, Case No. 19-22360; Connecticut Broadband, LLC, Case No. 19-22363; Connecticut Telephone & Communication Systems, Inc., Case No. 19-22365; Conversent Communications Long Distance, LLC Case No. 19-22366; Conversent Communications of Connecticut, LLC, Case No. 19-22369; Conversent Communications of Maine, LLC, Case No. 19-22372; Conversent Communications of Massachusetts, Inc., Case No. 19-22375; Conversent Communications of New Hampshire, LLC, Case No. 19-22378; Conversent Communications of New Jersey, LLC, Case No. 19-22380; Conversent Communications of New York, LLC, Case No. 19-22384; Conversent Communications of Pennsylvania, LLC, Case No. 19-22386; Conversent Communications of Rhode Island, LLC, Case No. 19-22388; Conversent Communications of Vermont, LLC, Case No. 19-22391; Conversent Communications Resale L.L.C, Case No. 19-22394; CoreComm-ATX, Inc., Case No. 19-22401; CoreComm Communications, LLC, Case No. 19-22399; CTC Communications Corporation, Case No. 19-22405; CTC Communications of Virginia, Inc., Case No. 19-22407; D&E Communications, LLC, Case No. 19-22411; D&E Management Services, Inc., Case No. 19-22414; D&E Networks, Inc., Case No. 19-22417; D&E Wireless, Inc., Case No. 19-22419; Deltacom, LLC, Case No. 19-22423; Earthlink Business, LLC, Case No. 19-22427; Earthlink Carrier, LLC, Case No. 19-22430; Equity Leasing, Inc., Case No. 19-22432; Eureka Broadband

Corporation, Case No. 19-22435; Eureka Holdings, LLC, Case No. 19-22437; Eureka Networks, LLC, Case No. 19-22438; Eureka Telecom, Inc., Case No. 19-22445; Eureka Telecom of VA, Inc., Case No. 19-22442; Georgia Windstream, LLC, Case No. 19-22447; Heart of the Lakes Cable Systems, Inc., Case No. 19-22451; Infocore, Inc., Case No. 19-22314; Info-Highway International, Inc., Case No. 19-22321; InfoHighway Communications Corporation, Case No. 19-22318; InfoHighway of Virginia, Inc., Case No. 19-22325; Intellifiber Networks, LLC, Case No. 19-22328; Iowa Telecom Data Services, L.C., Case No. 19-22330; Iowa Telecom Technologies, LLC ,Case No. 19-22333; IWA Services, LLC, Case No. 19-22336; KDL Holdings, LLC, Case No. 19-22337; LDMI Telecommunications, LLC, Case No. 19-22342; Lightship Telecom, LLC, Case No. 19-22346; MassComm, LLC, Case No. 19-22347; McLeodUSA Information Services LLC, Case No. 19-22350; McLeodUSA Purchasing, LLC, Case No. 19-22352; McLeodUSA Telecommunications Services, L.L.C., Case No. 19-22355; MPX, Inc., Case No. 19-22357; Nashville Data Link, LLC, Case No. 19-22361; Network Telephone, LLC, Case No. 19-22364; Norlight Telecommunications of Virginia, LLC, Case No. 19-22367; Oklahoma Windstream, LLC, Case No. 19-22370; Open Support Systems, LLC, Case No. 19-22373; PaeTec Communications of Virginia, LLC, Case No. 19-22376; PaeTec Communications, LLC, Case No. 19-22311; PAETEC Holding, LLC, Case No. 19-22381; PAETEC iTEL, L.L.C., Case No. 19-22385; PAETEC Realty LLC, Case No. 19-22389; PAETEC, LLC, Case No. 19-22393; PCS Licenses, Inc., Case No. 19-22396; Progress Place Realty Holding Company, LLC, Case No. 19-22398; RevChain Solutions, LLC, Case No. 19-22402; SM Holdings, LLC, Case No. 19-22406; Southwest Enhanced Network Services, LLC, Case No. 19-22409; Talk America of Virginia, LLC, Case No. 19-22412; Talk America, LLC, Case No. 19-22416; Teleview, LLC, Case No. 19-22420; Texas Windstream, LLC, Case No. 19-22316; The Other Phone Company, LLC, Case No. 19-22323; TriNet, LLC, Case No. 19-22327; TruCom Corporation, Case No. 19-22334; US LEC Communications LLC, Case No. 19-22340; US LEC of Alabama LLC, Case No. 19-22343; US LEC of Florida LLC, Case No. 19-22348; US LEC of Georgia LLC, Case No. 19-22351; US LEC of Maryland LLC, Case No. 19-22379; US LEC of North Carolina LLC, Case No. 19-22383; US LEC of Pennsylvania LLC, Case No. 19-22395; US LEC of South Carolina LLC, Case No. 19-22404; US LEC of Tennessee LLC, Case No. 19-22410; US LEC of Virginia LLC, Case No. 19-22415; US Xchange Inc., Case No. 19-22455; US Xchange of Illinois,

L.L.C., Case No. 19-22425; US Xchange of Indiana, L.L.C., Case No. 19-22436; US Xchange of Michigan, L.L.C., Case No. 19-22443; US Xchange of Wisconsin, L.L.C., Case No. 19-22450; Valor Telecommunications of Texas, LLC, Case No. 19-22460; WaveTel NC License Corporation, Case No. 19-22465; WIN Sales & Leasing, Inc., Case No. 19-22470; Windstream Accucomm Networks, LLC, Case No. 19-22472; Windstream Accucomm Telecommunications, LLC, Case No. 19-22475; Windstream Alabama, LLC, Case No. 19-22478; Windstream Arkansas, LLC, Case No. 19-22483; Windstream Buffalo Valley, Inc., Case No. 19-22487; Windstream BV Holdings, LLC, Case No. 19-22494; Windstream Cavalier, LLC, Case No. 19-22500; Windstream Communications Kerrville, LLC, Case No. 19-22424; Windstream Communications Telecom, LLC, Case No. 19-22429; Windstream Communications, LLC, Case No. 19-22433; Windstream Concord Telephone, LLC, Case No. 19-22439; Windstream Conestoga, Inc., Case No. 19-22446; Windstream CTC Internet Services, Inc., Case No. 19-22448; Windstream D&E Systems, LLC, Case No. 19-22452; Windstream D&E, Inc., Case No. 19-22457; Windstream Direct, LLC, Case No. 19-22459; Windstream Eagle Holdings LLC, Case No. 19-22464; Windstream Eagle Services, LLC, Case No. 19-22467; Windstream EN-TEL, LLC, Case No. 19-22390; Windstream Finance Corp, Case No. 19-22397; Windstream Florida, LLC, Case No. 19-22413; Windstream Georgia Communications, LLC, Case No. 19-22418; Windstream Georgia Telephone, LLC, Case No. 19-22422; Windstream Georgia, LLC, Case No. 19-22426; Windstream Holding of the Midwest, Inc., Case No. 19-22431; Windstream Iowa Communications, LLC, Case No. 19-22434; Windstream Iowa-Comm, LLC, Case No. 19-22441; Windstream IT-Comm, LLC, Case No. 19-22444; Windstream KDL, LLC, Case No. 19-22449; Windstream KDL-VA, LLC, Case No. 19-22453; Windstream Kentucky East, LLC, Case No. 19-22458; Windstream Kentucky West, LLC, Case No. 9-22462; Windstream Kerrville Long Distance, LLC, Case No. 19-22468; Windstream Lakedale Link, Inc., Case No. 19-22473; Windstream Lakedale, Inc., Case No. 19-22477; Windstream Leasing, LLC, Case No. 19-22482; Windstream Lexcom Communications, LLC, Case No. 19-22486; Windstream Lexcom Entertainment, LLC, Case No. 19-22491; Windstream Lexcom Long Distance, LLC, Case No. 19-22498; Windstream Lexcom Wireless, LLC, Case No. 19-22502; Windstream Mississippi, LLC, Case No. 19-22504; Windstream Missouri, LLC, Case No. 19-22506; Windstream Montezuma, LLC, Case No. 19-22508; Windstream Nebraska, Inc., Case No. 19-22510; Windstream Network Services of the Midwest, Inc.,

Case No. 19-22511; Windstream New York, Inc., Case No. 19-22512; Windstream Norlight, LLC, Case No. 19-22513; Windstream North Carolina, LLC, Case No. 19-22514; Windstream NorthStar, LLC, Case No. 19-22515; Windstream NTI, LLC, Case No. 19-22516; Windstream NuVox Arkansas, LLC, Case No. 19-22517; Windstream NuVox Illinois, LLC, Case No. 19-22518; Windstream NuVox Indiana, LLC, Case No. 19-22519; Windstream NuVox Kansas, LLC, Case No. 19-22476; Windstream NuVox Missouri, LLC, Case No. 19-22480; Windstream NuVox Ohio, LLC, Case No. 19-22484; Windstream NuVox Oklahoma, LLC, Case No. 19-22489; Windstream NuVox, LLC, Case No. 19-22492; Windstream of the Midwest, Inc., Case No. 19-22496; Windstream Ohio, LLC, Case No. 19-22501; Windstream Oklahoma, LLC, Case No. 19-22503; Windstream Pennsylvania, LLC, Case No. 19-22505; Windstream Services, LLC, Case No. 19-22400; Windstream SHAL Networks, Inc., Case No. 19-22507; Windstream SHAL, LLC, Case No. 19-22509; Windstream Shared Services, LLC, Case No. 19-22479; Windstream South Carolina, LLC, Case No. 19-22481; Windstream Southwest Long Distance, LLC, Case No. 19-22485; Windstream Standard, LLC, Case No. 19-22488; Windstream Sugar Land, LLC, Case No. 19-22490; Windstream Supply, LLC, Case No. 19-22493; Windstream Systems of the Midwest, Inc., Case No. 19-22495; Windstream Western Reserve, LLC, Case No. 19-22497; Xeta Technologies, Inc., Case No. 19-22499. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 19-22312 (RDD).**

6.      One consolidated docket, one file, and one consolidated service list shall be maintained by the Debtors and kept by the clerk of the Bankruptcy Court with the assistance of the notice and claims agent retained by the Debtors in these chapter 11 cases.

7.      The Debtors may file their monthly operating reports required by the *Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees*, issued by the U.S. Trustee, by consolidating the information required for each debtor in one report that tracks and breaks out all of the specific information (*e.g.*, receipts, disbursements, etc.) on a debtor-by-debtor basis in each monthly operating report.

8.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

9.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10.     Notice of the Motion as provided therein shall be deemed good and sufficient notice of such motion and the requirements of the local rules of this Court are satisfied by such notice.

11.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

12.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

 Dated:  White Plains, New York
          February 28, 2019

                                   /s/Robert D. Drain
                                   THE HONORABLE ROBERT D. DRAIN
                                   UNITED STATES BANKRUPTCY JUDGE